## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:20-CV-81202-AHS

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**SPEEDWAY LLC; ETC.**


MLS2020002558

For:
Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

Received by Mulberry Legal Services on the 30th day of July, 2020 at 9:05 am to be served on **SPEEDWAY, LLC. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **30th day of July, 2020** at **2:40 pm, I:**

SERVED the within name Limited Liability Company by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; INSTRUCTIONS with the date and hour of service endorsed thereon by me to:Monicka Creary as employee of the Registered Agent (Company) for SPEEDWAY, LLC. at 1200 South Pine Island Road, Plantation, FL 33324 during regular business hours and informed said person of the contents therein- in accordance with Fl. Statute 48.062 (1)

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: Black, Height: 5'5, Weight: 160, Hair: Black, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Sworn to (or affirmed) and subscribed before me by means of physical presence on this _____ day of 7-31-20, _____ by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

Eric Deal
SPS 336

**Mulberry Legal Services**
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526

Our Job Serial Number: MLS-2020002558
Ref: 00582

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t